# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO



FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

25 MAR 28 PM 3:52

Civil Action No. 25-CV-00457

Lisa S. Montoya
    Plaintiff(s),

v.

Amy Colony
Jeff Bezos
    Defendant(s).

MOTION FOR/TO Redact

I request that any and all addresses be redacted for safety reasons.

L. S. Montoya

I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [1].

Dated at ~~Mar~~ Denver _____ (city), Co (state), this 28 day March, 20~~16~~ 25

**[Format of Signature Block.** The correct format for a signature block is as follows:]

s/ Lian J. Montoya
330 S. Kendall St
Lakewood, Co 80226

---

[1] **[Note:** Local Civil Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party about the subject of their motion before filing the motion, and to describe the specific efforts to fulfill this duty. The duty to confer is not required, in certain exceptions. See D.C.COLOLCivR 7.1(b)(1)-(4).]

3